| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes (Bar No. 90388)<br>Matthew D. Resnik (Bar No. 182562)<br>Roksana D. Moradi (Bar No. 266572)<br>Carolyn M. Afari (Bar No. 283681)<br>**SIMON RESNIK HAYES LLP**<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>Telephone: (818) 783-6251<br>Facsimile:  (818) 783-6253<br>jhayes@SRHLawFirm.com<br>matthew@SRHLawFirm.com<br>roksana@SRHLawFirm.com<br>carolyn@SRHLawFirm.com<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for: Debtor, Rex Spirits, Inc.* | **FILED & ENTERED**<br><br>**JAN 02 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** craig    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>REX SPIRITS, INC.,<br><br>Debtor(s) | CHAPTER: 6:13-bk-24063-SC<br><br>CASE NO.: 11<br><br>DATE: November 12, 2013<br>TIME: 1:30 p.m.<br>CTRM: Video Hearing Room 126/Courtroom 5C<br>FLOOR: |
|---|---|

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
## (MOVANT:  <u>DEBTOR, REX SPIRITS, INC.</u>)

1. The Motion was:    ☒ Contested    ☐ Uncontested    ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name: Zheng v. Rex Spirits, Inc.

    Docket number: Case No. KC065753

    Court or agency where pending: Los Angeles Superior Court

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☐ Terminated as to Debtor(s) and Debtor's(s') estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☒ Modified or conditioned as set forth in Exhibit <u>   A   </u> to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:**  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
    a. ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
    b. ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

7. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☐ See attached continuation page for additional provisions.

                                                     ###

Date: January 2, 2014

Scott C. Clarkson
United States Bankruptcy Judge

# EXHIBIT A

**Exhibit A:**

1. The Court grants relief from the automatic stay allowing the entire the Los Angeles Superior Court case Zheng v. Rex Spirits, Inc. and the accompanying cross-complaint, Case No. KC065753 (hereinafter the "State Court Action") to proceed to judgment, including appeals, and

2. If a non-Debtor party shall prevail in the State Court Action against the Debtor, there shall be no collection on the judgment without further order of the Court.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **12/31/2013** the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Michael J Bujold    Michael.J.Bujold@usdoj.gov
- Kenneth C Greene    kenlaw100@gmail.com
- M Jonathan Hayes    jhayes@srhlawfirm.com,
    roksana@srhlawfirm.com;carolyn@srhlawfirm.com;shawnj@srhlawfirm.com;rosarioz@srhlawfirm.com;jhayesecf@gmail.com
- John M Kalajian    johnkalajian@sbcglobal.net
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page